IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2016 APR 20 PM 12: 36
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DARWIN J. STEWART and<br>DANIEL L. CHELOHA,<br><br>Defendant. | SEALED<br><br>8:16CR 150<br><br>INDICTMENT<br>21 U.S.C. §§ 841(a)(1)&(b)(1)(B) |

The Grand Jury charges that

## COUNT I

On or about March 13, 2016, in the District of Nebraska, DARWIN J. STEWART and DANIEL L. CHELOHA, Defendants herein, did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

A TRUE BILL.

_____
FOREPERSON

_____
DEBORAH R. GILG
United States Attorney
District of Nebraska

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

_____
DOUGLAS J. AMEN
Special Assistant U.S. Attorney

1