

# Memorandum

| Subject | Date |
|---|---|
| UNSEALING | June 9, 2016 |
| U.S. v. Darwin J. Stewart and Daniel L. Cheloha, 8:16CR150 | |

| To | From |
|---|---|
| CLERK, U.S. DISTRICT COURT DISTRICT OF NEBRASKA | Douglas J. Amen Special Assistant U.S. Attorney |

Be advised that the above named Defendant(s) is/are now in custody.  You may now unseal as follows, pursuant to Fed. R. Crim. P. 6(e)(4):

☒ Unseal the Indictment and any underlying Magistrate Case

☐ Unseal the Magistrate Case

☐ Unseal the Indictment but the underlying Complaint and Affidavit should remain **Restricted**

☐ Unseal the Magistrate Case but the underlying Complaint and Affidavit should remain **Restricted**